

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00368-CV

IN THE INTEREST OF G.C., A CHILD

§  On Appeal from the 231st District Court

§  of Tarrant County (231-679046-20)

§  May 7, 2021

§  Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order of termination. It is ordered that the trial court's order of termination is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
     Justice Brian Walker